# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

**EVERETT L. ROBERTS, et al.**          :
                                        :
    Plaintiffs,      :
                                        :
v.                                      :          Civil Action No. 7:05-cv-60 (HL)
                                        :
**PILOT TRAVEL CENTERS, LLC,**          :
                                        :
    Defendant.       :
_____

# ORDER

Before this Court is the proposed Scheduling and Discovery Order filed by Plaintiffs Everett and Kathleen Roberts and Defendant Pilot Travel Centers, LLC and received by the Court on December 9, 2005.  However, on December 14, 2005, the Court granted an Amended Motion to Intervene (Doc. # 22), filed by ALM Carriers and Midwestern Insurance Alliance as Third Party Administrator for Clarendon National Insurance ("Intervenors"), as a matter of right under Federal Rule of Civil Procedure 24(a)(2).  Therefore, before this Court can adopt the proposed Scheduling and Discovery Order jointly filed by the original parties in this case, it must consider the discovery rights of Intervenors.

Initially, the Court notes that in general, intervenors of right "assume the status of full participants in a lawsuit and are normally treated as if they were original parties once intervention is granted." Columbus-Am. Discovery Group v. Atl. Mut. Ins., 974 F.2d 450, 469 (4th Cir. 1992).  However, reasonable conditions may be imposed even upon an

1

intervenor of right.  See Southern v. Plumb Tools, 696 F.2d 1321, 1322 (11th Cir. 1983) ("[C]onditions can be imposed even when a party intervenes as a matter of right under Rule 24(a)(2)."); see also Beauregard, Inc. v. Sword Services, LLC, 107 F.3d 351, 352-53 (5th Cir. 1997) (collecting cases).  Nevertheless, given (1) Intervenors in this case were owners of causes of action independent of the original Plaintiffs and (2) the early stage of this case, especially the lack of discovery to date, the Court will grant Intervenors full rights to discovery without any conditions imposed.

For the foregoing reasons, the Court will reserve ruling on the proposed Scheduling and Discovery Order filed by Plaintiffs and Defendants.  In consultation with Rules 16 and 26 of the Federal Rules of Civil Procedure, this Court's Local Rules, and the Rules 16 and 26 Order previously filed by the Court (Doc. # 16), Plaintiffs, Defendants and Intervenors are ordered to confer, develop a proposed discovery plan, and submit a revised scheduling report to the Court.  This joint report, in the form of a single proposed scheduling order, is due for this case and must be filed no later than thirty (30) says after this Order is entered: January 19, 2006.

SO ORDERED, this the 20th day of December, 2005.

/s/ Hugh Lawson
**HUGH LAWSON, JUDGE**

pdl